DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**R.C.C.,**
Appellant,

v.

**DEPARTMENT OF AGRICULTURE AND CONSUMER SERVICES,
DIVISION OF LICENSING,**
Appellee.

No. 4D21-1372

[March 10, 2022]

Appeal from the State of Florida, Department of Agriculture & Consumer Services, Division of Licensing; L.T. Case No. CW202100399/W9702377.

Richard C. Chiapperini, Lake Worth, pro se.

Tobey Schultz, Senior Attorney, Tallahassee, for appellee.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, KUNTZ and ARTAU, JJ., concur.

\*          \*          \*

*Not final until disposition of timely filed motion for rehearing.*